IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FIDEL SOSA MARTINEZ** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 12-4348 |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security** | : | |

## ORDER

**AND NOW**, this 30th day of May, 2013, upon consideration of the Plaintiff's Motion in Support of Request for Review (Document No. 9), the defendant's response, the plaintiff's reply, and after a careful and thorough review of the entire record, it is **ORDERED** as follows:

1. Plaintiff's request for review is **GRANTED** insofar as it requests that the matter be vacated and remanded; and

2. This matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Memorandum Opinion accompanying this Order.

                                               /s/ Timothy J. Savage
                                               TIMOTHY J. SAVAGE, J.